UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-3876**

Case Title: **Grand** vs. **City of Univ. Heights, OH, et al.**

List all clients you represent in this appeal:

**Daniel Grand**

- ☑ Appellant
- ☐ Petitioner
- ☐ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jonathan Gross**   Signature: s/ **Jonathan Gross**

Firm Name: **Law Office of Jonathan Gross**

Business Address: **2833 Smith Ave., Suite 331**

City/State/Zip: **Baltimore MD 21209**

Telephone Number (Area Code): **443-813-0141**

Email Address: **jonathansgross@gmail.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.