UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-3876**

Case Title: **Daniel Grand** vs. **City of University Heights, OH, et al**

List all clients you represent in this appeal:

**Daniel Grand**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Eden Quainton**    Signature: s/ **Eden Quainton**

Firm Name: **Quainton Law, PLLC**

Business Address: **2 Park Avenue, 20th Floor**

City/State/Zip: **New York, NY 10016**

Telephone Number (Area Code): **202-419-0575**

Email Address: **equainton@gmail.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---