## UNITED STATES COURT OF APPEALS
## SIXTH CIRCUIT

APPEAL NO. 24-3876

GRAND
Appellant,

v.

CITY OF UNIVERSITY HEIGHTS, ET AL.
Appellee.

### MOTION TO WITHDRAW AS ATTORNEY

TO THE HONORABLE COURT:

      Jonathan Gross, attorney of record for Daniel Grand respectfully moves this Court for an order permitting withdrawal as counsel. Movant has accepted employment with a government agency that prohibits its employees from engaging in the private practice of law outside of official government responsibilities. As a result, Movant is unable to continue representing Mr. Grand in this matter. Plaintiff is represented by lead counsel Eden Quainton who has already entered an appearance in this case and will continue to represent Mr. Grand. Mr. Grand consents to Movant's withdrawal as attorney of record. Movant's withdrawal will not prejudice the rights of the opposing parties, as Mr. Grand is still represented by his lead counsel, and this motion will not delay or disrupt the proceedings.

WHEREFORE, Movant respectfully requests that this Court grant the motion and enter an order permitting Jonathan Gross to withdraw as attorney of record for Mr. Grand in this matter, and for such other relief as the Court deems just and proper.

Dated: May 13, 2025

                                                                            Respectfully submitted,

                                                                            /s/ Jonathan Gross
                                                                            Jonathan Gross
                                                                            2833 Smith Ave, Suite 331
                                                                            Baltimore, MD 21209
                                                                            (443) 813-0141
                                                                            jonathansgross@gmail.com