UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| DANIEL GRAND ) | CASE NO.:  24-3876 |
| ) | |
| Plaintiff - Appellant, ) | (On appeal from the United States |
| ) | District Court, Northern District of |
| vs. ) | Ohio, Eastern Division, Case No.: |
| ) | 1:22-CV-01594) |
| CITY OF UNIVERSITY HEIGHTS, ) | |
| OH; MICHAEL DYLAN BRENNAN, ) | |
| Mayor, In his official and individual ) | |
| capacity; LUKE MCCONVILLE, City ) | |
| Law Director, In his individual ) | |
| capacity; PAUL SIEMBORSKI, City ) | |
| Planning Commission member, In his ) | |
| individual capacity ) | |
| ) | |
| Defendants – Appellees. ) | |

**DEFENDANTS/APPELLEES CITY OF UNIVERSITY HEIGHTS, MICHAEL DYLAN BRENNAN, LUKE MCCONVILLE AND PAUL SIEMBORSKI'S 7-DAY MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

FRANK H. SCIALDONE (0075179)
STEVEN K. KELLEY (0023747)
ZACHARY W. ANDERSON (0095921)
Mazanec, Raskin and Ryder Co., L.P.A.
100 Franklin's Row - 34305 Solon Road
Cleveland, OH  44139
(440) 248-7906; (44) 248-8861 – Fax
fscialdone@mrrlaw.com
skelley@mrrlaw.com
zanderson@mrrlaw.com

Counsel for Defendants/Appellees City
of University Heights, Michael Dylan

Brennan, Luke McConville and Paul
Siemborski

Defendants/Appellees City of University Heights, Michael Dylan Brennan, Luke McConville and Paul Siemborski move this Honorable Court for an extension of time of 7 days within which to file their Brief.  Defendants/Appellees' Brief is now due May 23, 2025.  The requested new filing date would be May 30, 2025.

Defendants/Appellees have requested **one (1)** previous extension of time for a period of 30 days.

As grounds for this Motion, present counsel has been addressing a very serious family emergency involving an immediate family member the past two weeks that has required his attention. This in addition to the press of business and other case responsibilities requires this short extension.

To ensure adequate opportunity to prepare and draft the merits brief, this extension is needed.  Granting this extension would ensure the proper opportunity to prepare and draft the brief to protect the Defendants/Appellees' interests. This request is made in good faith and derives from the sincere desire to fully research and prepare a brief that will be helpful to this Court.

Based upon the foregoing, Defendants/Appellees respectfully request an extension of 7 days, or until May 30, 2025 to file their Brief.

Respectfully submitted,

MAZANEC, RASKIN AND RYDER CO., L.P.A.

*s/Frank H. Scialdone*
FRANK H. SCIALDONE  (0075179)

STEVEN K. KELLEY (0023747)
ZACHARY W. ANDERSON (0095921)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email: fscialdone@mrrlaw.com
          jpinzone@mrrlaw.com
          ejaber@mrrlaw.com

Counsel for Defendants/Appellees City of University Heights, Michael Dylan Brennan, Luke McConville and Paul Siemborski

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Defendants/Appellees City of University Heights, Michael Dylan Brennan, Luke McConville and Paul Siemborski's 7-Day Motion for Extension of Time to File Brief will be served upon all counsel of record via the Court's CM/ECF system on this 20th day of May, 2025.

*s/Frank H. Scialdone*
FRANK H. SCIALDONE  (0075179)
STEVEN K. KELLEY (0023747)
ZACHARY W. ANDERSON (0095921)

Counsel for Defendants/Appellees City of University Heights, Michael Dylan Brennan, Luke McConville and Paul Siemborski

4